Case # 3:06-00123

Dear Judge Robert Echols,

My name is Matthew May. I have been on probation for almost five years. I will be done with my probation in August. My mother purchased my wife and I a weekend cruise to the Bahamas for her Birthday. We will be leaving Friday July 27th and return home Monday July 30th. My probation officer said I would need your permission before we could go. So if you could please allow us to go we need a weekend without the kids to relax. I've been on good behavior with my officer, and I've been paying my restitution on time every month. So please allow this Judge Robert Echols. Thank you!

Sincerely,

*Matt May*

(239) 462-4857

218 Sw 15th Pl

Cape Coral, FL. 33991

ORDER

Absent objection, the cited travel for July 27, 2012 through July 30, 2012 is GRANTED

*[signature]*
USDJ
7-23-12